■ THE PEOPLE OF THE STATE OF NEW YORK v. RUDOLPH WATERMAN.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Anthony F. Marra, Esq., of 100 Centre Street, New York, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID GABAY.— Motion for enlargement of time granted, insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ MYRA S. WARNER v. BOARD OF EDUCATION OF THE CITY OF NEW YORK. — Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ PHILIP L. KELSER et al., v. SACRAMENTO TELECASTERS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 12, 1960, with notice of argument for May 24, 1960, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ RICHARD G. LENAEUS v. CRANES, INC. CRANES, INC. v. STEEL STRUCTURES, INC.— Motion for stay granted and the stay contained in the order to show cause, dated April 1, 1960, is continued pending the hearing and determination of the appeal, on condition that said appeal is argued or submitted when reached during the May 1960 Term of this court. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THEOPHIL D. KREHEL v. EASTERN ORTHODOX CATHOLIC CHURCH IN AMERICA.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of PADDY'S BILLIARD ACADEMY, INC., against BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York.— Motion for order restraining respondent from enforcing his determination denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ CHARLES J. FITZPATRICK, JR., et al., v. ROBERT A. GLASSER, et al.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of SAMUEL S. GREENHUT, Appellant, against SIDNEY E. ROLFE, Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of SIDNEY E. ROLFE, Respondent, against SAMUEL S. GREENHUT, Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.